UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MOHAMED A. HASSANEIN, et al.,

          Plaintiffs,                    Case No. 17-cv-12419
                                          Hon. Matthew F. Leitman

v.

ENCOMPASS INDEMNITY
COMPANY, et al.,

          Defendants.

_____/

## **ORDER DISMISSING CASE**

Pursuant to the Notice of Voluntary Dismissal by Plaintiffs, this case is

DISMISSED without prejudice.

**IT IS SO ORDERED.**

                                s/Matthew F. Leitman
                                MATTHEW F. LEITMAN
                                UNITED STATES DISTRICT JUDGE

Dated:  August 14, 2017

I hereby certify that a copy of the foregoing document was served upon the parties
and/or counsel of record on August 14, 2017, by electronic means and/or ordinary
mail.

                                s/Holly A. Monda
                                Case Manager
                                (810) 341-9764